TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00222-CV

In the Matter of J. M.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-14,455, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 Appellant J. M. has filed a motion to dismiss this appeal. The motion is granted. Tex. R.
App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: March 27, 1997

Do Not Publish